# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griffith, Thomas B. | US Court of Appeals-DC Circuit | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Suite 3917
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | American Bar Association/Rule of Law Initiative |
| 2. | Member, Board of Directors | Friends of the CEELI Institute |
| 3. | Member, Judges' Section | J. Reuben Clark Law Society |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Brigham Young University - Adjunct Professor salary | $23,625.00 |
| 2. 2012 | Brigham Young University -- Teaching in China | $600.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed genealogist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | J. Reuben Clark Law Society | 2/16/2012 - 2/19/2012 | Stanford, CA | Panel participation at the JRCLS Annual Conference | Airfare, meals, taxi fare |
| 2. | Federalist Society | 3/2/2012 - 3/4/2012 | Stanford, CA | Speak at the Federalist Society National Student Symposium | Airfare, hotel, meals, taxi |
| 3. | Yale Law School | 3/27/2012 - 3/29/2012 | New Haven, CT | Participate in the YLS Supreme Court Clinic | Airfare, ground transportation, hotel, meals |
| 4. | Administrative Offices of the Courts | 6/4/2012 - 6/7/2012 | Park City, UT | Attend meeting of the Committee on Case Management | Hotel, mileage, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 05/13/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Brigham Young University - International Center for Law and Religion Studies | 7/6/2012 - 7/16/2012 | Beijing, China | Teach --the Summer 2012 China Religion and the Rule of Law Certificate Training Progr | Airfare, hotel, meals |
| 6. | Young Single Adults of the Mormon Church | 8/10/2012 - 8/11/2012 | Oakland, CA | Talk to group and conduct a workshop following. | Airfare, meals, mileage, parking |
| 7. | Brigham Young University | 9/17/2012 - 9/19/2012 | Provo, UT | Constitution Day speaker at a University Forum | Airfare, mileage |
| 8. | Rex E. Lee Law Society and Federalist Society | 9/25/2012 - 9/26/2012 | Charlottesville, VA | Speak to University of Virginia Law School | Mileage |
| 9. | Federalist Society | 11/18/2012 - 11/20/2012 | Washington, DC | Moderate panel at Federalist Society European Judges Conference | Taxi fare |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Finance Plan | K |
| 2. | Wells Fargo | Credit Card | J |
| 3. | Discover | Finance Plan | J |
| 4. | American Express | Credit Card | J |
| 5. | Chase | Finance Plan | J |
| 6. | USAA | Credit Card | K |
| 7. | C & D Construction | Unsecured Construction Loan | K |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2. New York Life Whole Life Policy | A | Interest | | | Redeemed | 03/20/12 | J | A | |
| 3. Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 4. Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 5. DMBA Investment Fund | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Griffith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544